■ In the Matter of TIFFANY K. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHAEL K., Appellant. [842 NYS2d 352]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered September 19, 2006 in a proceeding pursuant to Social Services Law § 384-b. The order revoked a suspended judgment and adjudged that respondent permanently neglected his children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.